UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 11-372 (FSH) |
| RONALD CHAMBERS | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Adam N. Subervi, Assistant U.S. Attorney, appearing), and defendant Ronald Chambers, K. Anthony Thomas, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to continue discovery and plea negotiations, prepare for trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which could render any trial of this matter unnecessary;

(2) The grant of a continuance will likely conserve judicial resources;

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 17TH day of June, 2011,

ORDERED that this action be, and hereby is, continued for a period of sixty (60) days, until August 16, 2011; and it is further

ORDERED that the period from June 17, 2011 through and including August 16, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that the calender for this matter shall be revised as follows:

(1) All pretrial motions are to be filed no later than: August 12, 2011;

(2) Opposition briefs are due: August 22, 2011;

(3) Reply papers are due: August 29, 2011;

(4) Motions hearing: to be set;

(5) Trial: September 19, 2011

All other provisions of the Order for Discovery and Inspection entered June 16, 2011 shall remain in effect.

_____
HON. FAITH S. HOCHBERG 6/20/2011
United States District Judge

Form and entry
consented to:

_____
ADAM N. SUBERVI
Assistant U.S. Attorney

_____
K. ANTHONY THOMAS
Counsel for defendant Ronald Chambers